THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALKER ENGRAVING CORPORATION, Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

FLOYD L. CARLISLE, Respondent, v. JOHN J. BENNETT, JR., Individually and as Attorney-General of the State of New York, Appellant.— Motion for reargument denied. Motion to be allowed to appeal granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, which question is hereby certified as follows: Does the complaint herein state facts sufficient to constitute a cause of action entitling the plaintiff to an injunction? Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [See *ante*, p. 655.]

FLOYD L. CARLISLE, Respondent, v. JOHN J. BENNETT, JR., Individually and as Attorney-General of the State of New York, Appellant.— Motion for resettlement of order denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., McNamee and Heffernan, JJ., concur; Rhodes, J., dissents, as to resettlement of order and as to denial of motion for leave to appeal to the Court of Appeals; Bliss, J., dissents as to denial of motion for leave to appeal to the Court of Appeals.

In the Matter of the Application of NEW YORK STATE ELECTRIC AND GAS CORPORATION, Petitioner, for a Certiorari Order against MILO R. MALTBIE and Others, as Public Service Commissioners of the State of New York, as and Constituting the Public Service Commission of the State of New York. Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of FORT HUNTER-TRIBES HILL PRODUCERS CO-OPERATIVE ASSOCIATION, INC., Petitioner, for a Certiorari Order against CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Determination unanimously confirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH MARANO, Defendant.— The defendant in a criminal prosecution served his notice of appeal upon the county clerk within the required time, but failed through inadvertence to make service upon the district attorney. The defendant moves for an order requiring the district attorney to accept service of the notice of appeal. Motion denied. (See *People* v. *Green*, 137 App. Div. 763.) Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of SALLY MALUKA, Appellant, against THE F. & W. GRAND-SILVER STORES and Another, Respondents STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.